UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

————

No. 6:25-cv-00443

————

**Brandon Tyrone Stanmore,**
*Plaintiff,*

v.

**Jerry Wayne Stanmore et al.,**
*Defendants.*

————

# ORDER

Plaintiff initiated this case under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's case without prejudice for failure to comply with a court order. Doc. 4 at 2. Further, the magistrate judge recommended that the court suspend the statute of limitations on this claim for 45 days after the date of final judgment. *Id.* Plaintiff failed to file objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice, and the statute of limitations is suspended for 45 days after the court issues final judgment. Any pending motions are denied as moot.

*So ordered by the court on July 7, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -